IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LARRY LEVERN JONES,            :

    Petitioner,            :
                              CIVIL ACTION 11-0461-WS-M
v.                             :
                              CRIMINAL ACTION 10-00174-WS-M
UNITED STATES OF AMERICA,      :

    Respondent.            :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Respondent's Motion to Dismiss (Doc. 52) be GRANTED and that Petitioner's Motion to Vacate (Doc. 50) be DENIED, and that this action be DISMISSED WITHOUT PREJUDICE. The Court further finds that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 2nd day of November, 2011.


                                      s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE